UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AYESHA RAYMOND,<br><br>    Defendant. | 2025 JUN 24 P 1:19<br><br>Case No. 25-CR-<br><br>[18 U.S.C. §1708]<br><br>**25-CR-122** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about December 24, 2024, in the State and Eastern District of Wisconsin,

**AYESHA RAYMOND,**

unlawfully had in her possession letters and mail, and articles and things contained therein, which were stolen, taken, and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from an authorized depository.

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

███████████████

FOREPERSON

Date: 6-24-25

_[signature]_
for RICHARD G. FROHLING
Acting United States Attorney